NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHELLY PONIATOWSKI, DOC #H19579,     )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-895
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed November 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

PER CURIAM.

            Affirmed.

NORTHCUTT, KHOUZAM, and BADALAMENTI, JJ., Concur.